**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  07-cv-00251-REB-MJW

CRYSTAL NOELLE WEST,

    Plaintiff

v.

DEVELOPMENT DISABILITIES RESOURCE CENTER, a Colorado corporation,
GENA COLBERT, and
JANE BYRON,

    Defendants.

---

**ORDER OF DISMISSAL AS TO
DEFENDANTS GENA COLBERT AND JANE BYRON**

---

**Blackburn, J.**

The matter comes before the court on the **Stipulated Dismissal and Notice of Filing of Amended Complaint** [#12], filed April 6, 2007.  After careful review of the stipulation and the file, the court has concluded 1) that the stipulation should be approved; 2) that plaintiff's claims against the individual defendants, Gena Colbert and Jane Byron, should be dismissed with prejudice; 3) that plaintiff's retaliation claim should be dismissed with prejudice; and 4) that plaintiff's breach of contract claims should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Dismissal and Notice of Filing of Amended Complaint** [#12], filed April 6, 2007, is **APPROVED**;

2.  That plaintiff's claims against the individual defendants, Gena Colbert and Jane Byron **ARE DISMISSED WITH PREJUDICE**;

3. That plaintiff's claim for retaliation **IS DISMISSED WITH PREJUDICE**;

      4.  That plaintiff's claim for breach of contract **IS DISMISSED WITHOUT PREJUDICE**; and

      5.  That defendants, Gena Colbert and Jane Byron, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

      Dated April 6, 2007, at Denver, Colorado.

                                         **BY THE COURT:**

                                         **s/ Robert E. Blackburn**
                                         **Robert E. Blackburn**
                                         **United States District Judge**