IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00251-REB-MJW

CRYSTAL NOELLE WEST,

        Plaintiff,

vs.

DEVELOPMENTAL DISABILITIES RESOURCE CENTER, *et al.,*

        Defendants.

---

**ORDER GRANTING JOINT MOTION TO VACATE SETTLEMENT CONFERENCE
(DN 27)**

---

        Upon consideration of the parties' joint motion to vacate the settlement conference scheduled for Monday, August 13, 2007, and having found good cause shown, it is hereby ORDERED that the settlement conference set on August 13, 2007, at 10:00 a.m., is vacated.  The parties shall file their joint stipulated dismissal of this case on or before August 17, 2007, pursuant to their representation that the case has settled.

        Signed this 10th day of August, 2007.

        /s/ Michael j. Watanabe
        MICHAEL J. WATANABE
        US Magistrate Judge

#796937.1